UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLAYTON T. KUHN,**

      **Plaintiff,**

**v.**                                                  Case No: 8:23-cv-124-MSS-AAS

**BEST BUY CO., INC.,**

      **Defendant.**

## ORDER OF DISMISSAL

On February 23, 2023, the Parties filed a Joint Notice of Settlement, (Dkt. 14), informing the Court that the above-captioned case was settled. Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of February 2023.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party