UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLAYTON T. KUHN,**

    **Plaintiff,**

**v.**                                                              Case No: 8:23-cv-124-MSS-AAS

**BEST BUY CO., INC.,**

    **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulated Order of Dismissal with Prejudice, (Dkt. 16), and pursuant to FED. R. CIV. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of March 2023.

*[signature]*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party